Raymond M. Collins (#199071)
 rcollins@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
 CAMPBELL & TRYTTEN LLP
199 S. Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Tel: (626) 535-1900
Fax: (626) 577-7764

Attorneys for Defendant
Wachovia Mortgage, a division of Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB (sued herein as "Wachovia Mortgage Corporation; Wells Fargo Bank, N.A.") ("Wachovia")

Nelson W. Goodell (#264734)
 goodelllawfirm@gmail.com
THE GOODELL LAW FIRM
1750 Montgomery Street, Suite 139
San Francisco, California 94101
Tel: (415) 954-7151
Fax: (415) 954-7150

Attorneys for Plaintiff, Richard Pey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| RICHARD PEY,<br><br>  Plaintiff,<br><br>  vs.<br><br>WACHOVIA MORTGAGE CORPORATION; WELLS FARGO BANK, N.A.; NDeX WEST, LLC; and DOES 1-20, Inclusive,<br><br>  Defendants | Case No.: CV11 2922 ~~LB~~ SC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 6-1(a))**<br><br>Removal Effected:  6/14/2011<br>Current response date:  7/21/2011<br>New response date:  7/27/2011 |

W:\LITIG\95451\000909\00198259.DOC

1

CASE NO. CV11 2922 LB
STIPULATION TO EXTEND
RESPONSE DATE TO COMPLAINT

**TO THE HONORABLE COURT, PLAINTIFF AND HIS COUNSEL OF RECORD:**

Plaintiff Richard Pey and defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB (sued herein as "Wachovia Mortgage Corporation; Wells Fargo Bank, N.A.") ("Wachovia") through their respective counsel of record, hereby stipulate pursuant to Local Rule 6-1 to extend the date for Wachovia to respond to Plaintiff's initial Complaint to and including July 27, 2011, a date which is not more than 30 days from the date a response initially would have been due. In return, Wachovia agreed to postpone the sale of the property at issue from June 29, 2011 to no earlier than September 24, 2011, as plaintiff's motion for a preliminary injunction is scheduled to be heard on September 23, 2011.

By this Stipulation, Defendant Wachovia does not waive its right to file a motion to dismiss as to the pending Complaint and Plaintiff does not waive his right to file a motion to remand this action to state court. Wachovia agrees to not conduct a foreclosure sale of the property until the Court rules on the motion for a preliminary injunction.

IT IS SO STIPULATED.

Dated: July 21, 2011   THE GOODELL LAW FIRM

By:  /s/ Nelson W. Goodell
Nelson W. Goodell, Esq.
goodelllawfirm@gmail.com
Attorneys for Plaintiff, Richard Pey

Dated: July 21, 2011   ANGLIN, FLEWELLING, RASMUSSEN
   CAMPBELL & TRYTTEN LLP

By:  /s/ Raymond M. Collins
Raymond M. Collins
rcollins@afrct.com
Attorneys for Defendant,
Wachovia Mortgage, a division of Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB (sued herein as


UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Samuel Conti

W:\LITIG\95451\000909\00198259.DOC

2

CASE NO. CV11 2922 LB
STIPULATION TO EXTEND
RESPONSE DATE TO COMPLAINT

1 "Wachovia Mortgage Corporation; Wells Fargo Bank, N.A.") ("Wachovia")

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the city of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below I served a copy of the following document described as:

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 6-1)**

on all interested parties in said case addressed as follows:

**Served Electronically via Court's CM/ECF System:**

| *Attorneys for Plaintiff* | *Attorneys for NDeX West, LLC* |
|---|---|
| Nelson W. Goodell | Edward A. Treder |
| The Goodell Law Firm | edwardt@bdfgroup.com |
| 1750 Montgomery Street, Suite 139 | Deepika S. Saluja |
| San Francisco, California 94111 | deepikas@bdfgroup.com |
| Tel: 415.954.7151; Fax: 415.954.7150 | BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP |
| | 20955 Pathfinder Road, Suite 300 |
| | Diamond Bar, CA 91765 |
| | Tel: 626.915.5714; Fax: 909.595.7640 |

☐ **BY MAIL:** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Pasadena, California, in sealed envelopes with postage fully thereon.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on **July 21, 2011.**

_____Mark Betti_____                    _/s/ Mark Betti_
(Print name)                                 (Signature)