1  DOUGLAS L. HENDRICKS (CA SBN 83611)
   DHendricks@mofo.com
2  NATHAN B. SABRI (CA SBN 252216)
   NSabri@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Defendants
   WORLD GOURMET, INC., HAIN GOURMET, INC., HAIN
7  CELESTIAL GROUP, INC., WORLD GOURMET
   MARKETING, LLC, AND SENSIBLE SNACKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SENSIBLE FOODS, LLC, | Case No. 3:11-cv-02819-SC |
|---|---|
| Plaintiff, | **STIPULATION REGARDING FILING OF AMENDED COMPLAINT AND TIME TO RESPOND TO AMENDED COMPLAINT** |
| v. | |
| WORLD GOURMET, INC., HAIN GOURMET, INC., HAIN CELESTIAL GROUP, INC., WORLD GOURMET MARKETING, LLC, AND SENSIBLE SNACKS, INC., | Hon. Samuel Conti |
| Defendants. | |

Defendants World Gourmet, Inc., Hain Gourmet, Inc., Hain Celestial Group, Inc., World Gourmet Marketing, LLC, and Sensible Snacks, Inc. ("Defendants") and Plaintiff Sensible Foods, LLC ("Plaintiff") have met and conferred regarding Plaintiff's Complaint.  Plaintiff and Defendants have agreed and hereby jointly request that the court permit Plaintiff to file a First Amended Complaint by August 1, 2011.  Defendants will answer or otherwise respond on or before August 31, 2011.  This will not alter any dates or deadlines in the Court's Scheduling Order.

IT IS STIPULATED AND AGREED.

Dated: July 19, 2011

Dated: July 19, 2011

*/s/ Nathan B. Sabri*
NATHAN B. SABRI
NSabri@mofo.com

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
World Gourmet, Inc., Hain Gourmet, Inc., Hain Celestial Group, Inc., World Gourmet Marketing, LLC, Sensible Snacks, Inc.

*/s/ Frederick M. Rarick*
FREDERICK M. RARICK
Lawjet@aol.com

2938 Rounsevel Terrace
Laguna Beach, CA 92651
Telephone: (585) 219-4900
Facsimile: (585) 219-4905

Attorney for Plaintiff
Sensible Foods, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 29, 2011

_____
HONORABLE SAMUEL CONTI
United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]

STIPULATION REGARDING FILING OF AMENDED COMPLAINT AND TIME TO RESPOND TO AMENDED COMPLAINT
Case No. 4:11-cv-02819-SC
sf-3018575

2

**ATTESTATION PURSUANT TO GENERAL ORDER 45 X.B.**

I, Nathan B. Sabri, am the ECF User whose ID and password are being used to file this Stipulation to Extend Time to Respond to Complaint. In compliance with General Order 45, X.B., I hereby attest that Frederick M. Rarick has concurred in this filing.

Dated: July 19, 2011                     MORRISON & FOERSTER LLP

                                         */s/ Nathan B. Sabri*
                                         NATHAN B. SABRI
                                         NSabri@mofo.com