EDWARD A. TREDER
State Bar No. 116307
MASUMI J. PATEL
State Bar No. 233921
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, CA 91765
(626) 915-5714 – Phone
(626) 915-0289 – Fax
File No. 20090015002404
Attorneys for Defendant NDeX WEST, LLC

NELSON W. GOODELL
Stat Bar No. 264734
THE GOODELL LAW FIRM
1750 Montgomery Street, Suite 139
San Francisco, California 94101
Tel: (415) 954-7151
Fax: (415) 954-7150
goodelllawfirm@gmail.com
Attorneys for Plaintiff Richard Pey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD PEY,<br><br>            Plaintiff,<br><br>vs.<br><br>WACHOVIA MORTGAGE CORPORATION; WELLS FARGO BANK, N.A.; NDEX WEST LLC; and DOES 1-20, Inclusive,<br><br>            Defendants. | CASE NO. 11-CV- 02922 SC<br><br>**STIPULATION TO EXTEND TIME TO FILE MOTION TO DISMISS AND ORDER THEREON**<br><br>Current Response Date: July 27, 2011<br>New Response Date: August 5, 2011 |

STIPULATION TO EXTEND TIME TO FILE MOTION TO DISMISS
-1-

TO THE HONORABLE COURT, PLAINTIFF AND HIS COUNSEL OF RECORD:

Plaintiff Richard Pey and Defendant NDeX WEST, LLC ("NDeX") through their respective counsel of record, hereby stipulate to extend the date for NDeX to file a Motion to Dismiss in response to Plaintiff's initial Complaint to and including August 5, 2011. In return, NDeX agreed to postpone the sale of the property at issue from July 29, 2011 to no earlier than nine (9) days after the Court issues its ruling on plaintiff's motion for preliminary injunction, which is scheduled to be heard on September 23, 2011.

GOODELL LAW FIRM

Dated: July 28, 2011   By: /s/ Nelson W. Goodell
NELSON W. GOODELL, Attorneys for Plaintiff
RICHARD PEY

BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP

Dated: July 28, 2011   By: /s/ Masumi J. Patel
MASUMI J. PATEL, Attorneys for Defendant
NDeX WEST, LLC

### ORDER

**IT IS HEREBY ORDERED** that Defendant NDeX WEST, LLC has an extension of time to August 5, 2011, to file its Motion to Dismiss in response to the Complaint in this matter.

DATED: _____   _____
HO_____NTI
IT IS SO ORDERED
Judge Samuel Conti

STIPULATION TO EXTEND TIME TO FILE MOTION TO DISMISS
-2-

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the city of Diamond Bar, California; my business address is 20599 Pathfinder Road; Ste 300; Diamond Bar, CA., County of Los Angeles.

On the date below, I served a copy of the following document(s):

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

on all interested parties in said case addressed as follows:

**Served Electronically Via The Court's CM/ECF System:**

Counsel for Defendants:
Wachovia Mortgage Corporation and Wells Fargo Bank, NA.
**Raymond Mark Collins, Esq., (rcollins@afrct.com)**
ANGLIN FLEWELLING RASMUSSEN
CAMPBELL & TRYTTEN, LLP
199 S. Los Robles Avenue, Ste 600
Pasadena, CA  91101

*Plaintiffs*
Nelson W. Goodell, Esq., (nelson.goodell@gmail.com)
The Goodell Law Firm
1750 Montgomery Street, Ste 139
San Francisco, CA  94111

**BY MAIL:** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Diamond Bar, California, in sealed envelopes with postage fully thereon.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Diamond Bar, California, on **August 2, 2011**

_____
Elizabeth Gonsalves

STIPULATION TO EXTEND TIME TO FILE MOTION TO DISMISS
-3-