Nelson W. Goodell, Esq., SBN 264734
The Goodell Law Firm
1750 Montgomery Street, Suite 161
San Francisco, CA 94111
(415) 954-7151 (office)
(415) 954-7150 (fax)

Attorney for Plaintiff
Richard Pey

Raymond M. Collins, Esq., SBN 199071
ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL & TRYTTEN LLP
199 S. Los Robles Avenue, Suite 600
Pasadena, CA 91101-2459

Attorneys for Defendant
Wachovia Mortgage a division of Wells Fargo Bank, N.A.,
Successor by merger with Wells Fargo Bank Southwest,
N.A., formerly known as Wachovia Mortgage, FSB,
Formerly known as World Savings Bank, FSB (sued herein
As "Wachovia Mortgage Corporation; Wells Fargo Bank, N.A.")
("Wachovia")

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PEY, | Case No: CV11 2922 SC |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO FILE REPLY TO OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION AND ORDER THEREON** |
| v. | |
| WACHOVIA MORTGAGE CORPORATION; WELLS FARGO BANK, N.A.; NDEX WEST, LLC; and DOES 1-20, inclusive. | Hearing Date: September 23, 2011<br>Time: 10:00 a.m.<br>Courtroom: 1<br><br>Current Response Date: September 9, 2011<br>New Response Date: September 13, 2011 |
| Defendants. | |

**TO THE HONORABLE COURT, DEFENDANT WACHOVIA MORTGAGE CORPORATION AND ITS COUNSEL OF RECORD:**

Plaintiff Richard Pey ("Plaintiff") and defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB (sued herein as "Wachovia Mortgage Corporation; Wells Fargo Bank, N.A.") ("Wachovia)") through their respective counsel of record, hereby stipulate to extend the date for Plaintiff to file his Reply to Wachovia's Opposition to the Plaintiff's Motion for a Preliminary Injunction up to and including September 13, 2011. In return, Plaintiff has agreed to not object to Wachovia's filing of its Request for Judicial Notice, filed on September 6, 2011 (which was after the previous deadline, September 2, 2011, to file opposition papers to the Plaintiff's Motion for a Preliminary Injunction).

IT IS SO STIPULATED.

Dated: September 7, 2011                THE GOODELL LAW FIRM

                                        By:   /s/ Nelson W. Goodell
                                              Nelson W. Goodell, Esq.
                                              goodelllawfirm@gmail.com
                                        Attorneys for Plaintiff, Richard Pey

Dated: September 7, 2011                ANGLIN, FLEWELLING, RASMUSSEN
                                        CAMPBELL & TRYTTEN LLP

                                        By:   /s/ Raymond M. Collins
                                              Raymond M. Collins
                                              rcollins@afrct.com

                                        Attorneys for Defendant,
                                        Wachovia Mortgage, a division of Wells Fargo
                                        Bank, N.A., successor by merger with Wells Fargo
                                        Bank Southwest, N.A., formerly known as
                                        Wachovia Mortgage, FSB, formerly known as
                                        World Savings Bank, FSB (sued herein as
                                        "Wachovia Mortgage Corporation; Wells Fargo
                                        Bank, N.A.") ("Wachovia")

**ORDER**

IT IS HEREBY ORDERED that Plaintiff Richard Pey has an extension of time to September 13, 2011 to file his Reply to Defendant Wachovia Mortgage's opposition to the plaintiff's motion for a preliminary injunction.

Dated: 9/8/11

