1  Nelson W. Goodell, Esq., SBN 264734
   The Goodell Law Firm
2  1750 Montgomery Street, Suite 161
   San Francisco, CA 94111
3  (415) 954-7151 (office)
   (415) 954-7150 (fax)
4
   Attorney for Plaintiff
5  Richard Pey

6  Raymond M. Collins, Esq., SBN 199071
7  ANGLIN, FLEWELLING, RASMUSSEN,
   CAMPBELL & TRYTTEN LLP
8  199 S. Los Robles Avenue, Suite 600
   Pasadena, CA 91101-2459
9
   Attorneys for Defendant
10 Wachovia Mortgage a division of Wells Fargo Bank, N.A.,
   Successor by merger with Wells Fargo Bank Southwest,
11 N.A., formerly known as Wachovia Mortgage, FSB,
   Formerly known as World Savings Bank, FSB (sued herein
12 As "Wachovia Mortgage Corporation; Wells Fargo Bank, N.A.")
13 ("Wachovia")

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16
17 RICHARD PEY,                              )   Case No: CV11 2922 SC
                                             )
18 Plaintiff,                                )   STIPULATION TO EXTEND TIME TO
                                             )   FILE REPLY TO OPPOSITION TO
19        v.                                 )   MOTION FOR PRELIMINARY
                                             )   INJUNCTION AND ORDER THEREON
20 WACHOVIA MORTGAGE                         )
                                             )   Hearing Date: September 23, 2011
21 CORPORATION; WELLS FARGO BANK,            )   Time: 10:00 a.m.
                                             )   Courtroom: 1
22 N.A.; NDEX WEST, LLC; and DOES 1-20,      )
                                             )   Current Response Date: September 9, 2011
23 inclusive.                                )   New Response Date: September 13, 2011
                                             )
24 Defendants.                               )
                                             )
25                                           )
                                             )
26 _____ )

27

28

                                                                                    -1-

**TO THE HONORABLE COURT, DEFENDANT WACHOVIA MORTGAGE CORPORATION AND ITS COUNSEL OF RECORD:**

Plaintiff Richard Pey ("Plaintiff") and defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB (sued herein as "Wachovia Mortgage Corporation; Wells Fargo Bank, N.A.") ("Wachovia)") through their respective counsel of record, hereby stipulate to extend the date for Plaintiff to file his Reply to Wachovia's Opposition to the Plaintiff's Motion for a Preliminary Injunction up to and including September 13, 2011. In return, Plaintiff has agreed to not object to Wachovia's filing of its Request for Judicial Notice, filed on September 6, 2011 (which was after the previous deadline, September 2, 2011, to file opposition papers to the Plaintiff's Motion for a Preliminary Injunction).

IT IS SO STIPULATED.

Dated: September 7, 2011

THE GOODELL LAW FIRM

By: ___/s/ Nelson W. Goodell___
Nelson W. Goodell, Esq.
goodelllawfirm@gmail.com
Attorneys for Plaintiff, Richard Pey

Dated: September 7, 2011

ANGLIN, FLEWELLING, RASMUSSEN CAMPBELL & TRYTTEN LLP

By: ___/s/ Raymond M. Collins___
Raymond M. Collins
rcollins@afrct.com

Attorneys for Defendant,
Wachovia Mortgage, a division of Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB (sued herein as "Wachovia Mortgage Corporation; Wells Fargo Bank, N.A.") ("Wachovia")

**ORDER**

IT IS HEREBY ORDERED that Plaintiff Richard Pey has an extension of time to September 13, 2011 to file his Reply to Defendant Wachovia Mortgage's opposition to the plaintiff's motion for a preliminary injunction.

Dated:  9/8/11



- 3 -