IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD PEY, | ) | Case No. 11-2922 SC |
| | ) | |
| Plaintiff, | ) | ORDER VACATING ORDER OF |
| | ) | <u>RECUSAL</u> |
| v. | ) | |
| | ) | |
| WACHOVIA MORTGAGE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

TO ALL PARTIES AND COUNSEL OF RECORD:

On September 9, 2011, An Order of Recusal was issued requesting that the case be reassigned and vacating all pending dates of motions, pretrial conferences, and trial. The Court hereby VACATES the Order of Recusal and reinstates all previous dates of motions, pretrial conferences, and trial.

IT IS SO ORDERED.

Dated: September 15, 2011

_____
UNITED STATES DISTRICT JUDGE